**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV02270 |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| | : | |
| **ALLENA FOULES, et al.** | : | **PLAINTIFFS** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, INC., et al.** | : | **DEFENDANTS** |

**ORDER**

An April 18, 2006 Order dropped numerous plaintiffs from this case under Rule 21. The Order allowed the dropped plaintiffs 30 days to file and serve new individual complaints and inform the Court that new complaints were filed. The Order reads:

> (3) dropped plaintiffs who do not file new civil actions within the 30 day period will be dismissed without prejudice;
> (4) after the expiration of the 30 day time period or upon receipt of written notification of refiling by dropped plaintiffs, this Court will enter an order dismissing all dropped plaintiffs from this case . . .[1]

To date, the Court has received no correspondence regarding the status of the following dropped plaintiffs: Annie Adams, Catherine Adams, Cathy Bowles, Ruby Buckley, Bobbie Burton, Dora Cook, Mary Davenport, Becky Dowding, Delorse Edwards, Robbie Edwards, Dorothy Grayson, Emma Hair, Brenda Hill, Lee Jackson, Daisy Keys, Dorothy Kimbrough, Wilma May, Claudia McCoy, Henrietta McMillian, Sue Miles, Gloria Miller, Josephine Montgomery, Lucille Moore, Sandra Mott, Gertie Newman, Lisa Owens, Luresa Owens, Vergie Scott, Ruth Simon, Hermanell Smith, Vonnie Staten, Dorothy Tillman, Geneva Walton, Daisy

---

[1] Doc. No. 65.

Washington, Bobby White, Brama White, Mamie Williams, Eddie McKinney, Annie Jones, and Mary James.

Accordingly, based on the April 18, 2006 Order and having received no notice from the plaintiffs listed in the immediately preceding paragraph, those plaintiffs are DISMISSED WITHOUT PREJUDICE.  Because there are no plaintiffs remaining in this case, the CASE is DISMISSED.

IT IS SO ORDERED this 5th day of June, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE